UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HENRY LAMBOY, A/K/A/ Carlos Rivera,

                              Plaintiff,

               vs                                          9:04-CV-205

OFFICER LAYHEE; OFFICER SHERMAN;
and D. MALONEY,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                     OF COUNSEL:

HENRY LAMBOY
Plaintiff, Pro Se
Apt. 1, No. 2
1455 Walton Avenue
Bronx, NY 10452

HON. GLENN T. SUDDABY                  BARBARA D. COTTRELL, ESQ.
United States Attorney                         Assistant U.S. Attorney
Attorney for Defendants
Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

# O R D E R

       Plaintiff brought this civil rights action pursuant to 28 U.S.C. § 1331.  By Report-Recommendation dated February 10, 2006, the Honorable David E. Peebles, United States Magistrate Judge, recommended that plaintiff's complaint in this action be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that the complaint in this action is DISMISSED.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 28, 2006
       Utica, New York.